UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CESAR MATEO,

                                        Plaintiff,

            -against-

BRIAN FISCHER, et al.,

                                        Defendants.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/09
```

:       08 Civ. 07779 (RJH) (DF)
:       08 Civ. 08797 (RJH) (DF)
:       08 Civ. 10450 (RJH) (DF)
:       08 Civ. 11093 (RJH) (DF)

:       **ORDER**

:

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone conference with respect to the above-referenced

matters on April 3, 2009, with Plaintiff, *pro se*, and counsel for Defendants, it is hereby

ORDERED that:

1.      As to the cases of *Mateo v. Ercole*, 08 Civ. 10450 (RJH) (DF), and *Mateo v.*

*O'Connor*, 08 Civ. 11093 (RJH) (DF):

        a.      With respect to each of these two cases, the Court's *Pro Se* Office is

directed to arrange for the issuance of a Supplemental Summons, and to provide Plaintiff

with a copy of the Complaint, Supplemental Summons, and any other forms necessary to

allow Plaintiff to request that the United States Marshal effect service on Defendants

on Plaintiff's behalf, in any manner permitted by the Federal Rules of Civil Procedure;

and

        b.      Plaintiff's time to serve Defendants in these cases, pursuant to Rule 4(m)

of the Federal Rules of Civil Procedure, is extended to May 29, 2009.

2.      As to the cases of *Mateo v. Alexander*, No. 08 Civ. 08797 (RJH) (DF), and

*Mateo v. Fischer*, 08 Civ. 07779 (RJH) (DF), discovery shall be stayed pending service of

process on Defendants in the cases referred to in paragraph 1, above.

3.      The Office of the Attorney General shall make arrangements for Plaintiff to

participate in a telephone conference call with the Court on June 16, 2009, at 10:00 a.m., with

respect to all of the above-captioned cases, and shall initiate that call to my chambers on that

date.

Dated:   New York, New York
         April 3, 2009

                                        SO ORDERED


                                        DEBRA FREEMAN
                                        United States Magistrate Judge


Copies to:

Mr. Cesar Mateo
(#01-A-4789)
Upstate Correctional Facility
P.O. Box 2000
Malone, NY 12953

Frederick H. Wen, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271

Wesley Bauman, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271